1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Wendy Wamsley

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | WENDY WAMSLEY,                          | ) Case No.: SACV 14-01570 VBK
12 |     Plaintiff,                          | ) ORDER AWARDING EQUAL
   |                                         | ) ACCESS TO JUSTICE ACT
13 |     vs.                                 | ) ATTORNEY FEES AND EXPENSES
   |                                         | ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting               | ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,        | ) U.S.C. § 1920
15 |                                         | )
   |     Defendant                           | )
16 |                                         | )
17 |_____| )

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $4,314.00 as

21 authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,

22 be awarded subject to the terms of the Stipulation.

23 DATE: October 7, 2015

24                              _____
                                THE HONORABLE SHERI PYM
25                              UNITED STATES MAGISTRATE JUDGE

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Lawrence D. Rohlfing*
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Wendy Wamsley